UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DEMONE ROYELIO SMITH, | CIV. NO. 12-163 (PJS/JSM) |
| Plaintiff, | ORDER |
| v. | |
| J. BUCK, CITY OF BROOKLYN PARK POLICE OFFICER, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 24, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge and upon all files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Defendant's Amended Motion to Dismiss in Lieu of an Answer [Docket No. 20] is GRANTED.

2. Plaintiff's lawsuit is hereby dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 2/19, 2013

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Court