UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Demone Royelio Smith, | Case No. 12-cv-00163 (PJS/JSM) |
| Plaintiff, | |
| v. | |
| Jason Buck, | |
| Defendant. | |

---

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY ON NERVE DAMAGE, PUNCTURE WOUNDS, AND PERMANENCY**

---

TO:   Plaintiff Demone Royelio Smith and his attorney of record, Tim Phillips, The Law Office of Joshua R. Williams, 3249 Hennepin Avenue S, Suite 216, Minneapolis, MN 55408.

Defendant moves the Court for an Order excluding nerve damage, puncture wound, and permanency testimony.

IVERSON REUVERS CONDON

Dated:  April 9, 2015                         By s/Nathan C. Midolo
                                                                 Nathan C. Midolo, #0392373
                                                                 Attorneys for Defendants
                                                                 9321 Ensign Avenue South
                                                                 Bloomington, MN  55438
                                                                 Telephone: (952) 548-7200
                                                                 nathan@irc-law.com